HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LEXI P. NEGIN, Bar #250376
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARTIN CHAVEZ-ZARATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN CHAVEZ-ZARATE,<br><br>Defendant. | Case No. 1:98-cr-5149 LJO<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE**<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, Martin Chavez-Zaraate, by and through his attorney, Assistant Federal Defender Lexi P. Negin, and plaintiff, United States of America, by and through its counsel, Assistant U.S. Attorney Karen Escobar, hereby stipulate to set the following briefing schedule. The parties request that the defense's brief be due on June 1, 2017, the government's opposition be due on or before July 3, 2017, the defendant's reply be filed no later than July 18, 2017.

Dated: June 1, 2017

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Lexi Negin*
                                        LEXI P. NEGIN
                                        Assistant Federal Defender
                                        Attorney for Defendant MARTIN CHAVEZ-ZARATE

Dated: June 1, 2017        PHILLIP A. TALBERT
                           United States Attorney

                           */s/ Karen Escobar*
                           KAREN ESCOBAR
                           Assistant U.S. Attorney

                           Attorney for Plaintiff
                           UNITED STATES OF AMERICA

## **ORDER**

    Pursuant to the parties' stipulation, and good cause appearing therefor, the defense's brief is due on June 1, 2017, the government's opposition is due on or before July 3, 2017, and the defendant's reply shall be filed no later than July 18, 2017.

IT IS SO ORDERED.

    Dated: **June 1, 2017**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE