PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:98CR5149 LJO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| MARTIN CHAVEZ-ZARATE, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, and Defendant Martin Chavez-Zarate, by and through his attorney, Assistant Federal Defender Lexi P. Negin, hereby stipulate to set the following revised briefing schedule.  The parties request that the government's response be filed on or before Monday, August 21, 2017, and the defendant's reply be filed on or before Tuesday, September 5, 2017.

Dated:  July 21, 2017                    By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                             Assistant United States Attorney

Dated:  July 21, 2017                    By: /s/ Lexi P. Negin
                                             LEXI P. NEGIN
                                             Assistant United States Attorney

IT IS SO ORDERED.

   Dated:  **July 24, 2017**                    **/s/ Lawrence J. O'Neill**
                                             UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION AND ORDER                              1