# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:98CR05149-001 LJO |
| MARTIN CHAVEZ-ZARATE ) | |
| ) | USM No: 58543-097 |
| Date of Original Judgment: 3/20/2000 ) | |
| Date of Previous Amended Judgment: ) | Alexandra Negin, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     LIFE     months **is reduced to**     405 Months     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     03/20/2000     shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   09/14/2018           /s/ Lawrence J. O'Neill
                                    *Judge's signature*

Effective Date:                    Honorable Lawrence J. O'Neill, District Court Judge