1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   CAROLYN M. WIGGIN, Bar #182732
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5
    Attorney for Defendant-Movant
6   MARTIN CHAVEZ-ZARATE

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:98-cr-05149-LJO
                                       )
12              Plaintiff,             )
                                       )
13         vs.                         )   **SEALING ORDER**
                                       )
14                                     )   JUDGE:  Hon. Lawrence J. O'Neill
    MARTIN CHAVEZ-ZARATE,              )
15                                     )
                                       )
16              Defendant-Movant.      )
                                       )
17  _____   )

18         IT IS HEREBY ORDERED that the Request to Seal Exhibit D to Defendant-Movant's

19  Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) be granted so that medical

20  information is not available on the public docket.  The Request and its Exhibit D are to be

21  provided to the Court and Assistant United States Attorney Karen Ann Escobar.

22         These documents shall remain under seal until further Order of the Court.

23
    IT IS SO ORDERED.
24

25     Dated:   __**January 24, 2020**__      _____**/s/ Lawrence J. O'Neill**_____
                                                    UNITED STATES DISTRICT JUDGE
26

27

28