1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO. 1:98-cr-05149-JLT

12              Plaintiff,                 [~~PROPOSED~~] ORDER GRANTING UNITED
                                           STATES' MOTION FOR EXTENSION
13        v.                               OF TIME

14  MARTIN CHAVEZ ZARATE,

15              Defendant.

16

17
          On July 25, 2023 the United States requested an extension of time to August 24, 2023, to file its
18
    response to Chavez Zarate's *pro se* motion for compassionate release. (Doc. 369.)
19
          IT IS HEREBY ORDERED that the United States' request for an extension is granted.  The
20
    response is now due August 24, 2023.
21
          If future extensions are needed, counsel for the United States is directed to meet and confer with
22
    counsel for Defendant in an attempt to reach a stipulation regarding scheduling.
23
    IT IS SO ORDERED.
24

25     Dated:   **July 26, 2023**                        _____
                                                         UNITED STATES DISTRICT JUDGE
26

27

28
                                                  1