UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN CHAVEZ-ZARATE,<br><br>Defendant. | Case No: 1:98-CR-05149-1- JLT<br><br>**ORDER APPOINTING COUNSEL** |
|---|---|

The defendant has demonstrated his financial inability to employ counsel and wishes the Court to appoint him counsel on his motion for compassionate release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, The Court **ORDERS**:

1. Vicki M. Buchanan is appointed to represent the defendant in this case effective *nunc pro tunc* to August 2, 2023, substituting the Federal Defenders Office appointed per G.O. 595. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __August 9, 2023__

UNITED STATES DISTRICT JUDGE

-1-