1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:98-CR-05149-JLT
12 | Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE
13 | v. |
14 | MARTIN CHAVEZ-ZARATE, |
15 | Defendant. |

16

17   Pursuant to Local Rule 141(b) and based upon the representations contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that Exhibit 1 to the government's opposition to the

19 defendant's motion for compassionate release pertaining to defendant Martin Chavez-Zarate, and the

20 Government's Request to Seal, shall be SEALED until further order of the Court.

21   It is further ordered that electronic access to the sealed documents shall be limited to the United

22 States and counsel for the defendant.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

1

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the government's Request, sealing the Request and Exhibit 1 serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.  In light of the public filing of the government's Notice to Seal, the Court further finds that there are no additional alternatives to sealing the government's Request and Exhibit 1 that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:   **November 28, 2023**

UNITED STATES DISTRICT JUDGE