HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
First Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARTIN CHAVEZ-ZARATE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:98-cr-05149 JLT-1 |
| Plaintiff, | **STIPULATION TO SET BRIEFING SCHEDULE; ORDER THEREON** |
| vs. | |
| MARTIN CHAVEZ-ZARATE, | |
| Defendant. | |

On April 4, 2024, Mr. Chavez-Zarate filed a motion requesting appointment of counsel with respect to Sentencing Guidelines Amendment 821.  Dkt. Entry 382.  After careful review of Mr. Chavez-Zarate's case, on June 17, 2024, the undersigned counsel for the Federal Defender's Office concluded that appointment of counsel under General Order 670 is merited and notified the Court and the government accordingly.

The government needs time to obtain relevant documents and review Mr. Chavez-Zarate's case to determine its position in light of defense counsel's recent request for a stipulation to a sentence reduction under the retroactive guidelines.  The parties, therefore, have agreed to the following:

On or before July 16, 2024, the parties will either file a stipulation jointly recommending that the Court reduce Mr. Chavez-Zarate's sentence, or CJA panel counsel will enter a notice of appearance on behalf of Mr. Chavez-Zarate.

1
2   If no stipulation is reached, CJA panel counsel will file a motion on behalf of Mr.
3   Chavez-Zarate on or before August 19, 2024. The government's response will be due by
4   September 16, 2024, and any reply will be due by September 30, 2024.
5
6                                           PHILLIP A. TALBERT
                                            United States Attorney
7
8   DATED: June 25, 2024              By */s/ Shelley D. Weger*
                                          SHELLEY D. WEGER
9                                         Assistant United States Attorney
                                          Attorney for Plaintiff
10
11                                          HEATHER E. WILLIAMS
                                            Federal Defender
12
13  DATED:  June 25, 2024             By */s/ Peggy Sasso*
                                          PEGGY SASSO
14                                        First Assistant Federal Defender
                                          Attorney for Defendant
15                                        MARTIN CHAVEZ-ZARATE
16
17                                      **ORDER**
18
19  IT IS SO ORDERED.
20     Dated:   **June 26, 2024**
                                         _____
21                                        UNITED STATES DISTRICT JUDGE
22
...
28

Chavez-Zarate: Stipulation to Set               -2-
Briefing Schedule