UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:98-CR-05149-1-JLT |
| Plaintiff, | )<br>) | **ORDER APPOINTING COUNSEL** |
| vs. | )<br>) | |
| MARTIN CHAVEZ-ZARATE, | )<br>) | |
| Defendant. | ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him with respect to the retroactive application of the United States Sentencing Guidelines 2023 Amendments. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** that Carolyn Phillips be appointed to represent the defendant effective *nunc pro tunc* to July 9, 2024, substituting the Federal Defenders Office appointed per G.O. 670. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**July 11, 2024**__

UNITED STATES DISTRICT JUDGE