UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN CHAVEZ-ZARATE,<br><br>  Defendant. | Case No.: 1:98-cr-05149 JLT<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE OF REQUEST TO SEAL<br><br>(Docs. 395, 396) |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant Martin Chavez-Zarate's Request to Seal, (Doc. 396), IT IS HEREBY ORDERED that Exhibits B and O to Defendant's motion for sentence reduction, (Doc. 395), and Defendant's Request to Seal, (Doc. 396), shall be SEALED until further order of the Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Request, sealing the Request and Exhibits B and O serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by counsel for Defendant would be harmed. In light of the public filing of Defendant's Notice of Request to Seal, the Court further finds that there are no additional alternatives to sealing Defendant's Request and Exhibits B and O that

would adequately protect the compelling interests identified by counsel for Defendant.

IT IS SO ORDERED.

Dated: __October 9, 2024__

_____
UNITED STATES DISTRICT JUDGE