Vicki Marolt Buchanan.
State Bar No. 153318
19201 Sonoma Highway, No. 243
Sonoma, California 92660
Telephone: (707) 343-1907
vickimaroltbuchananpc@gmail.com

Attorney for Defendant/Appellant
MARTIN CHAVEZ-ZARATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>MARTIN CHAVEZ-ZARATE<br>      a/k/a "No No,"<br>      a/k/a "Lil no,"<br>           Defendant | Case No.: CR 1:98-cr-05149-JLT<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL |

Excusable neglect[1] having been shown, the time to file the Notice of Appeal of this Court's Order Denying Defendant's Motions for Sentence Reduction Pursuant to 18 U.S.C. §§ 3582(c)(1)(A) and (c)(2) is extended to September 26, 2025.

IT IS SO ORDERED.

Dated:  **September 9, 2025**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

---

[1] The Court is being expansive in its definition of "excusable neglect" in these unique circumstances. This isn't a situation in which counsel failed to meet a deadline or mis-calendared one, but one in which she failed to understand her client's appellate rights.